# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

280
CAF 13-00986
PRESENT: SCUDDER, P.J., LINDLEY, VALENTINO, AND DEJOSEPH, JJ.

IN THE MATTER OF MILDRED PEREA,
PETITIONER-RESPONDENT,

V                                                              ORDER

BRAUNA SANCHEZ, RESPONDENT-RESPONDENT.
----------------------------------------------------
SHEILA S. DICKINSON, ESQ., ON BEHALF OF SAMED S.,
ATTORNEY FOR THE CHILD, APPELLANT.

IN THE MATTER OF MILDRED PEREA,
PETITIONER-RESPONDENT,

V

SALEH ABDULLA, RESPONDENT-RESPONDENT.
----------------------------------------------------
SHEILA S. DICKINSON, ESQ., ON BEHALF OF SAMED S.,
ATTORNEY FOR THE CHILD, APPELLANT.

IN THE MATTER OF SHEILA S. DICKINSON, ESQ., ON
BEHALF OF SAMED S., ATTORNEY FOR THE CHILD,
PETITIONER-APPELLANT,

V

BRAUNA SANCHEZ, RESPONDENT-RESPONDENT.

IN THE MATTER OF SHEILA S. DICKINSON, ESQ., ON
BEHALF OF SAMED S., ATTORNEY FOR THE CHILD,
PETITIONER-APPELLANT,

V

MILDRED PEREA, RESPONDENT-RESPONDENT.

SHEILA SULLIVAN DICKINSON, ATTORNEY FOR THE CHILD, BUFFALO, APPELLANT
PRO SE.

DEBORAH J. SCINTA, ORCHARD PARK, FOR PETITIONER-RESPONDENT AND
RESPONDENT-RESPONDENT MILDRED PEREA.

JENNIFER M. LORENZ, LANCASTER, FOR RESPONDENT-RESPONDENT SALEH
ABDULLA.

-------------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Margaret
O. Szczur, J.), entered April 12, 2013 in a proceeding pursuant to
Family Court Act article 6.  The order dismissed the petitions.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Family Court.

Entered:  March 20, 2015                          Frances E. Cafarell
                                                  Clerk of the Court